**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Case No.:** CV 03-552                                          **Date of Proceeding:** Sept. 2, 2003

**Case Title:** Coast Mountain Hardwoods, Inc. v. Weyerhaeuser Company, et al.

**Presiding Judge:** Owen M. Panner                              **Courtroom Deputy:** Margaret Hunt

**Reporter:** Dennis Grube                                        **Tape No:** _____

**DOCKET ENTRY:**

Record of order: Plaintiff's motion to compel (# 34) is granted. The parties shall proceed with discovery without further delay. Defendant's participation in discovery will not be construed as a waiver of defendant's continuing objection to this court's jurisdiction.

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| Mike Haglund, Michael Kelley | Tom Tongue, George Cooper, Wynne Carvill |
|  | Michael Simon, Thomas Johnson |

**DOCUMENT NO:** _____

cc:   { } All counsel                                             **CIVIL MINUTES**

*Civil Minutes*                                                   **Honorable Owen M. Panner**
JS